546

438 A.2d 624

Commonwealth v. Donley, Jr., Appellant.

Argued February 3, 1981. R. S. Trigg, for appellant; Michael H. Ranck, District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Judgment of sentence affirmed.

438 A.2d 625

Commonwealth v. Dziedzina, Appellant.
Petition for Allowance of Appeal Denied Jan. 29, 1982.

Submitted June 11, 1980. Dennis J. Cogan, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.